IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION            MDL NO. 1596

THIS DOCUMENT RELATES TO:

Frederick Jones v. Eli Lilly and Company            05-cv-5308

## STIPULATION OF DISMISSAL

Plaintiff and defendant agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted by plaintiff against defendant are dismissed with prejudice. The parties will bear their own costs and counsel fees.

_____
Andrew M. Ominsky
Ominsky & Ominsky, P.C.
Four Penn Center, Suite 1050
Philadelphia, PA 19103
(215) 568-4500

Attorney for Plaintiff

_____
Andrew R. Rogoff
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorney for Defendant

Approved by the Court:

_____
Weinstein, J.